IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA,
Norfolk Division

CRAWL SPACE DOOR SYSTEM, INC.

    Plaintiff,

v.                                                                Civil Action No.: 2:19cv320

SMARTVENT PRODUCTS, INC.,

and

RISK REDUCTION PLUS GROUP, INC.

SYLRO SALES CORP.
    trading as
SUNVENT INDUSTRIES

    Defendants.

## NOTICE OF DISMISSAL OF DEFENDANT SYLRO SALES CORP.

Comes now Plaintiff Crawl Space Door System, Inc. ("Crawl Space") by counsel, and under Fed. R. Civ. P. 41(1)(A)(i), NOTICES its Dismissal of Defendant Sylro Sales Corp. trading as Sunvent Industries. The opposing party has not served either an answer or a motion for summary judgment. Plaintiff is filing a Draft Order with this Notice.

**CRAWL SPACE DOORS, INC.**

/s/ Duncan G. Byers
Of Counsel
Duncan G. Byers, Esq.
Va. Bar No. 48146
PATTEN, WORNOM, HATTEN & DIAMONSTEIN
12350 Jefferson Avenue, Suite 300
Newport News, VA  23602
Telephone:     (757) 223-4500

      Facsimile: (757) 249-1627
      dbyers@pwhd.com
      *Counsel for the Plaintiff, Crawl Space Doors*

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of July, 2019, I served this Notice of Dismissal on:

*Via email and first class mail*
Edward J. Sackman
Bernstein Shur, P.A.
670 N. Commercial Street
Suite 108
Manchester, NH 03105
nsackman@bernsteinshur.com
603-623-8700
*Counsel for Sylro Sales Corp. and Sunvent Industries*

*Via first class mail*
Thomas S. Little, Jr.
Registered Agent / Authorized Agent for Smartvent Products, Inc. and Risk Reduction Plus Group, Inc.
430 Andbro Drive, Unit 1
Pitman, NJ 08071