IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| CRAWL SPACE DOOR SYSTEM, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:19-cv-00320-RAJ-LRL |
| | ) |
| SMARTVENT PRODUCTS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff and the Defendants in this action, acting through their undersigned attorneys, and having settled this matter, that this action shall be, and the same hereby is, dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii), without costs to any party.

Dated: December 8, 2020

By: /s/ Duncan Glover Byers

Duncan Glover Byers (VA Bar No. 48146)
Andrew J. Dean, Esq. (VA Bar No. 88192)
Patten Wornom Hatten & Diamonstein LC
12350 Jefferson Ave, Suite 300
Newport News, VA 23602
Phone: 757-223-4474
Fax: 757-249-1627
dbyers@pwhd.com
adean@pwhd.com

*Counsel for Plaintiff*
*Crawl Space Door System, Inc.*

By: /s/ Nicholas J. Giles

J. Brent Justus (VA Bar No. 45525)
Seth A. Schaeffer (VA Bar No. 74509)
Nicholas J. Giles (VA Bar No. 86584)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
Phone: (804) 775-1000
Fax: (804) 775-1061
bjustus@mcguirewoods.com
sschaeffer@mcguirewoods.com
ngiles@mcguirewoods.com

*Counsel for Defendants*
*Smart Vent Products, Inc. and Risk Reduction Plus Group, Inc.*

## CERTIFICATE OF SERVICE

I certify that on the 8th day of December, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sends an electronic copy of the foregoing to all counsel of record.

By: */s/ Duncan Glover Byers*

Duncan Glover Byers (VA Bar No. 48146)
Patten Wornom Hatten & Diamonstein LC
12350 Jefferson Ave, Suite 300
Newport News, VA 23602
Phone: 757-223-4474
Fax: 757-249-1627
dbyers@pwhd.com
adean@pwhd.com

*Counsel for Plaintiff*
*Crawl Space Door System, Inc.*